Case 25-50057 Doc 10 Filed 08/25/25 EOD 08/25/25 15:05:17 Pg 1 of 3

FILED
U.S. BANKRUPTCY COURT
AUG 25 2025
SOUTHERN DISTRICT OF INDIANA
CLERK OF COURTS

August 18, 2025

Case No. 23-05593-JJG-7A
Adv. Proc. No. 25-50057

Dear Sir,

I'm writing to the court requesting an extension of the summons I received relative to the Rodney Grubbs bankruptcy case.

I was served with the summons from the Bankruptcy Court late Friday, Aug 15th at my home in Arizona.

On Sunday the 17th my wife and I departed on a long anticipated 7 week trip to Europe to celebrate our 50th anniversary. I don't have legal representation in Indiana or Arizona concerning this matter as I didn't feel it was necessary. I wrote a letter to Mr. Mulvey and was waiting for a reply when I was surprised to receive this summons.

At this time, I'm traveling and don't have access to my records to give a full and accurate description of my situation.

I believe my situation in these proceedings is unique.

Mr. Grubbs wrote me an interest check for money I had lent him. The date the check was written fell just outside of the 90-day Clawback time frame. The check was mailed from Indiana to my home in Arizona and I cashed it immediately.

Also, the payment made to me was not for a one-time loan but rather for a loan that had been in place for a number of years. This payment was made as part of a long-standing business relationship.

A letter from Mr. Mulvey outlined common defenses to Avoidance Claims, including: "Ordinary Course of business Section 547 (c)(2)Of the Bankruptcy Code excepts certain transfers from avoidance to the extent that the transfer was in payment of a debt incurred by the debtor in the ordinary course of business or financial affairs of the debtor and the transferee, and the transfer was (1)made in the ordinary course of business or financial affairs of the debtor and transferee; or(2)made according to ordinary business terms. 11 USC 547(c)(2)" I believe this payment was made in the ordinary course of business.

I will need time after I return from my trip to gather my documents and establish that this note represents a long-term financial relationship with Mr. Grubbs and that the interest payment was part of that relationship.

I am respectfully requesting that the court allows me time to consult with a lawyer and prepare a defense after my return from my trip October 10th.

Respectfully submitted,

*[signature: Rudolph N Dean]*

Rudolph N. Dean

ENVELOPE NOT PROVIDED
COPIES NOT PROVIDED

Rudolph N. Dean
14206 W. Mountain Laurel Tean
Surprise, AZ 85374

CERTIFIED MAIL
9589 0710 5270 0041 3513 59

U.S. POSTAGE PAID
FCM LETTER
LAFAYETTE, CA 94549
AUG 19, 2025
$10.48
R2307N153023-09

United States Bankruptcy Court
Southern District of Indiana
46 E. Ohio St Rm 116
Indianapolis, Indiana 46204

RETURN RECEIPT REQUESTED

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>United States Bankruptcy Court<br>Southern District of INDIANA<br>46 E. Ohio Street  Room 116<br>INDIANAPOLIS IN. 46204<br><br>9590 9402 9294 4295 3534 43 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
| 2. Article Number (Transfer from service label) | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2020 PSN 7530-02-000-9053                                       Domestic Return Receipt