Nov 13, 2025

Case No 23-05593-JJG-7A
Adv. Proc. ~~25-59973~~ 25-50057

Dear Sir,

Could you please add this to my docket for the bankruptcy case of Rodney Grubbs?

I, Rudolph Dean, consent to the final order or judgment in the bankruptcy case of Rodney Grubbs, case No 23- 05593-JJG-A7 Adv. Proc. No. 25-59973.

Respectfully,

*Rudolph Dean*

Rudolph Dean

FILED
U.S. BANKRUPTCY COURT

NOV 18 2025

SOUTHERN DISTRICT OF INDIANA
CLERK OF COURTS

☑ ENVELOPE NOT PROVIDED
☑ COPIES NOT PROVIDED

Rudy Dean
14206 W Mountain Laurel Trl
Surprise, AZ 85374-3832



PHOENIX AZ 852
13 NOV 2025 PM 5 L

US Bankruptcy Court
Southern Dis. of IN.
46 E Ohio St Rm 116
Indianapolis IN
46204

46204-433999



FOREVER / USA